JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY CRAIG HOLDINGS, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>  v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>        Defendant. | Case No. CV 07-06798 DDP (AJWx)<br><br>**ORDER OF DISMISSAL** |

    THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

    The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: August 11, 2008

_____
DEAN D. PREGERSON
United States District Judge